# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Civil Action
No: 25-cv-11605-ADB

**Jorge A Arias**
Plaintiff
v.
**Antone Moniz et al**
Defendants

# ORDER OF TRANSFER

**BURROUGHS, D.J.**

In accordance with the Court's Order entered on June 24, 2025, this case is hereby TRANSFERRED to the United States District Court for the Middle District of Pennsylvania.

By the Court,
/s/ Caetlin McManus
Deputy Clerk

June 24, 2025